UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KARIM HASAN PRICE, | 1:19-cv-00717 GSA (PC) |
|---|---|
| Plaintiff, | **ORDER TO SUBMIT NEW, COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS** |
| v. | |
| JOHN SUTTON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. On May 22, 2019, Plaintiff filed the Complaint commencing this action, together with an application to proceed *in forma pauperis pursuant* to 28 U.S.C. § 1915. (ECF Nos. 1, 2.) However, Plaintiff's application to proceed *in forma pauperis* is incomplete. The court received only the first page of the application. The second page of the application, with Plaintiff's signature, is missing. Plaintiff shall be granted thirty days in which to submit a new, completed application to proceed *in forma pauperis*, or pay the $400.00 filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **May 30, 2019**         **/s/ Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE